○ 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF _____

United States District Court
Southern District of Texas
FILED

FEB 25 2000

Michael N. Milby
Clerk of Court

Karen Brooks

## SUMMONS IN A CIVIL CASE

V.

CASE NUMBER: B-00-029

UnumProvident Corporation
and Unum Life Insurance
Company of America

**TO:** (Name and address of defendant)

UnumProvident Corporation
c/o Its Registered Agent
CT Corporation System
350 N. St. Paul Street
Dallas, Tx. 75201

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael R. Cowen
Cowen & Livesay
1325 Palm Blvd.
Brownsville, Tx. 78520

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N Milby, Clerk

DATE 2-15-00

(BY) DEPUTY CLERK

## OFFICERS RETURN OF SERVICE

**ORIGINAL**

CASE # B-00-029

COURT

Clt. Ref.#          Clt.#  639

KAREN BROOKS

VS

UNUMPROVIDENT CORP. AND UNUM LIFE INSURANCE CO. OF AMERICA

The documents came to our hand for service on 02/17/00   Time: 07:30:00

Documents received for service:

**FEDERAL SUMMONS IN A CIVIL CASE**

The documents were delivered on **02/22/00**  Time: 13:00:00

Executed at: 350 N. St. Paul Street
             Dallas, TX 75201

to the following: **UnumProvident Corp.,C/O Its Reg. Agent: Ct Corp. System By Certified Mail P 080 415 180**

__/__  PERSONALLY delivering the document to the person above.
_____  SUBSTITUTE SERVICE per Order by delivering to _____ in person who is sixteen (16) years of age or older, at the above listed address which is the usual place of abode/business of the above named person.
_____  POSTING per Order by securely affixing to the main entry way at the above address.

### AFFIDAVIT

I, am over the age of eighteen, not a party to nor interested in the outcome of the above suit, I have studied and am familiar with the TEXAS RULES OF CIVIL PROCEDURE, VERNON'S TEXAS CIVIL STATUTES, CIVIL PRATICE AND REMEDIES CODE and all other applicable rules and other applicable rules and statutes relating to service of citation and/or notices.

Service Fee:_____

Witness Fee Tendered:_____

Eddie M Gonzalez
Professional Civil Process Brownsville
700 Paredes Ave. Suite 208
Brownsville, Texas 78520

STATE OF TEXAS}

### VERIFICATION

Before me, a notary public, on this day personally appeared the above named authorized person known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn declared that the statements therein contained are true and correct. Given my hand and seal of office this ___ day of _____ 2000.

NOTARY PUBLIC SIGNATURE

ABEL BETANCOURT JR
Notary Public
State of Texas
Comm. Exp. 03-10-2001

PCP Inv.# R0200   89

ClibPDF - www.fastio.com

40 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me¹ | 2/24/2000 |
| NAME OF SERVER (PRINT) Eddie M Gonzales | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: Unum Provident Corp C/o Its Reg. Agent
CT Corporation By Certified mail
P 080-415-180  2/22/2000

☐ Other (specify): Unum Provident Corp C/o Its Reg. Agent
CT Corporation By Certified mail
P-080-415-180  2/22/2000

## STATEMENT OF SERVICE FEES

| SERVICES | TOTAL |
|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/24/2000
　　　　　　　Date

Signature of Server: Eddie Gns

Address of Server:
Professional Civil Process
700 Paredes Ave., #208
Brownsville, Texas 78520
Tel. (210) 546-1313

93 o

United States District Court
Southern District of Texas
RECEIVED
FEB 25 2000

**PROCESS SERVED
AFFIDAVIT ATTACHED**

Michael N. Milby, Clerk of Court

¹ As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.