

United States District Court
Southern District of Texas
FILED

**MAR 24 2000**

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| KAREN BROOKS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-00-029 |
| | § | |
| UNUMPROVIDENT CORPORATION | § | JURY DEMANDED |
| and UNUM LIFE INSURANCE | § | |
| COMPANY OF AMERICA, | § | |
| | § | |
| Defendants. | § | |

## DEFENDANTS' MOTION TO EXTEND
## TIME TO ANSWER PLAINTIFF'S ORIGINAL COMPLAINT

Defendants UNUMProvident Corporation and UNUM Life Insurance Company of America ("Defendants") file this motion for an extension of time in which to answer Plaintiff's Original Complaint (the "Complaint") and state:

1. <u>Nature of the Action</u>.  This is an action by Plaintiff Karen Brooks ("Brooks") to recover benefits under a disability insurance policy and for damages.

2. <u>The Need for An Extension</u>.  Defendants currently have until March 24, 2000 to answer or otherwise respond to the Complaint.  Contemporaneously herewith Defendants have filed a motion to dismiss Brooks' RICO claims.  To date, however, Defendants have been unable to provide their counsel with a copy of UNUM Life's claim file pertaining to Brooks, which is necessary to address the specific allegations in the Complaint.  Defendants thus need a short extension of time to answer the Complaint.

**DEFENDANTS' MOTION TO EXTEND TIME TO
ANSWER PLAINTIFF'S ORIGINAL COMPLAINT** - Page 1

3.  **This Motion Is Believed to Be Opposed.**  On March 22 and 23, 2000, counsel for Defendants attempted to confer with Michael R. Cowen, counsel for Brooks, regarding this request for extension.  Mr. Cowen did not return these calls; it is believed, however, that he is opposed to this motion.

4.  **Relief Requested.**  Defendants respectfully request an extension of time until April 4, 2000 to answer or otherwise respond to the Complaint.

Respectfully submitted,

By: /s/ Andrew C. Whitaker
Doug K. Butler
State Bar No. 03516050
Andrew C. Whitaker
State Bar No. 21273600
Lisa L. Traylor
State Bar No. 00797967

FIGARI DAVENPORT & GRAVES, L.L.P.
4800 Bank of America Plaza
901 Main Street, LB 125
Dallas, Texas 75202
(214) 939-2000
(214) 939-2090 (telecopy)

ATTORNEYS FOR DEFENDANTS
UNUMPROVIDENT CORPORATION
and UNUM LIFE INSURANCE
COMPANY OF AMERICA

## CERTIFICATE OF CONFERENCE

On March 22 and 23, 2000, counsel for Defendants attempted to confer with Michael R. Cowen, counsel for Brooks, regarding this request for extension. Mr. Cowen did not return these calls; it is believed, however, that he is opposed to this request.

*/s/ Andrew C. Whitaker*
_____
Andrew C. Whitaker

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been sent by certified mail, return receipt requested, to Michael R. Cowen, P.C., Cowen & Livesay, 1325 Palm Blvd., Brownsville, Texas 78520, on this 23rd day of March, 2000.

*/s/ Andrew C. Whitaker*
_____
Andrew C. Whitaker

**DEFENDANTS' MOTION TO EXTEND TIME TO
ANSWER PLAINTIFF'S ORIGINAL COMPLAINT** - Page 3