

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

APR 1 0 2000

Clerk of Court

| | | |
|---|---|---|
| KAREN BROOKS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-00-029 |
| | § | |
| UNUMPROVIDENT CORPORATION | § | JURY DEMANDED |
| and UNUM LIFE INSURANCE | § | |
| COMPANY OF AMERICA, | § | |
| | § | |
| Defendants. | § | |

## DEFENDANTS' DISCLOSURE OF INTERESTED PARTIES

Defendants UnumProvident Corporation and UNUM Life Insurance Company of America (collectively, "Defendants"), pursuant to the Order Setting Conference, file this disclosure of interested parties and state:

I.

Defendants hereby certify that the following entities are financially interested in this litigation:

1. UNUM Life Insurance Company of America;

2. <u>UnumProvident Corporation</u>; and

3. Karen Brooks

**DEFENDANTS' DISCLOSURE OF INTERESTED PARTIES** - Page 1

Respectfully submitted,

By: _____
Doug K. Butler
State Bar No. 03516050
Andrew C. Whitaker
State Bar No. 21273600
Lisa L. Traylor
State Bar No. 00797967

FIGARI DAVENPORT & GRAVES, L.L.P.
4800 Bank of America Plaza
901 Main Street,  LB 125
Dallas, Texas 75202
(214) 939-2000
(214) 939-2090 (FAX)

ATTORNEYS FOR DEFENDANTS
UNUMPROVIDENT CORPORATION
and UNUM LIFE INSURANCE
COMPANY OF AMERICA

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been sent by certified mail, return receipt requested, to Mr. Michael R. Cowen, P.C., Cowen & Livesay, 1325 Palm Blvd., Brownsville, Texas 78520, on the 7th day of April, 2000.

_____
Andrew C. Whitaker

**DEFENDANTS' DISCLOSURE OF INTERESTED PARTIES** - Page 2