11

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 17 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| KAREN BROOKS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-00-029 |
| | § | |
| UNUMPROVIDENT CORPORATION and UNUM LIFE INSURANCE COMPANY OF AMERICA, | § § § § | JURY DEMANDED |
| | § | |
| Defendants. | § | |

### DEFENDANTS' AMENDED DISCLOSURE OF INTERESTED PARTIES

Defendants UnumProvident Corporation and UNUM Life Insurance Company of America (collectively, "Defendants"), pursuant to the Order Setting Conference, file this amended disclosure of interested parties and state:

I.

Defendants hereby certify that the following entities are financially interested in this litigation:

1. UNUM Life Insurance Company of America;

2. UnumProvident Corporation; and

3. Karen Brooks

DEFENDANTS' AMENDED DISCLOSURE OF INTERESTED PARTIES - Page 1

Respectfully submitted,

By: /s/ Andrew C Whitaker by permission of
Doug K. Butler
State Bar No. 03516050
S.D. No. 9271
Attorney-In-Charge

OF COUNSEL:
Andrew C. Whitaker
State Bar No. 21273600
S.D. No. 14309
Lisa L. Traylor
State Bar No. 00797967
S.D. No. 21115

FIGARI DAVENPORT & GRAVES, L.L.P.
4800 Bank of America Plaza
901 Main Street, LB 125
Dallas, Texas 75202
(214) 939-2000
(214) 939-2090 (FAX)

ATTORNEYS FOR DEFENDANTS
UNUMPROVIDENT CORPORATION
and UNUM LIFE INSURANCE
COMPANY OF AMERICA

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been sent by certified mail, return receipt requested, to Mr. Michael R. Cowen, P.C., Cowen & Livesay, 1325 Palm Blvd., Brownsville, Texas 78520, on this 14th day of April, 2000.

/s/ Andrew C Whitaker
Andrew C. Whitaker

**DEFENDANTS' AMENDED DISCLOSURE OF INTERESTED PARTIES - Page 2**