13

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 13 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| KAREN BROOKS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-00-029 |
| | § | |
| UNUMPROVIDENT CORPORATION | § | JURY DEMANDED |
| and UNUM LIFE INSURANCE | § | |
| COMPANY OF AMERICA, | § | |
| | § | |
| Defendants. | § | |

## STIPULATION REGARDING DEPOSITIONS

Plaintiff Karen Brooks and Defendants UNUMProvident Corporation and UNUM Life Insurance Company of America hereby stipulate that depositions on written questions of records custodians pursuant to Fed. R. Civ. P. 31 do not count toward the ten-deposition limit set forth in Fed. R. Civ. P. 30(a)(2)(A).

STIPULATION REGARDING DEPOSITIONS - Page 1

Respectfully submitted,

ZAVALETTA & COWEN

By: _____
Michael R. Cowen
State Bar No. 00795307
S.D. No. 19967

603 E. St. Charles
Brownsville, Texas 78520
(956) 546-5567
(956) 541-2205 (telecopy)

ATTORNEYS FOR PLAINTIFF
KAREN BROOKS


FIGARI DAVENPORT & GRAVES, L.L.P.

By: _____
Doug K. Butler
State Bar No. 03516050
S.D. No. 9271
Attorney-In-Charge

OF COUNSEL:
Andrew C. Whitaker
State Bar No. 21273600
S.D. No. 14309
Lisa L. Traylor
State Bar No. 00797967
S.D. No. 21115

4800 Bank of America Plaza
901 Main Street, LB 125
Dallas, Texas 75202
(214) 939-2000
(214) 939-2090 (telecopy)

ATTORNEYS FOR DEFENDANTS
UNUMPROVIDENT CORPORATION
and UNUM LIFE INSURANCE
COMPANY OF AMERICA