*16*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 21 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| KAREN BROOKS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-00-029 |
| | § | |
| UNUMPROVIDENT CORPORATION | § | JURY DEMANDED |
| and UNUM LIFE INSURANCE | § | |
| COMPANY OF AMERICA, | § | |
| | § | |
| Defendants. | § | |

### DEFENDANTS' MOTION TO APPEAR AT INITIAL PRETRIAL CONFERENCE BY TELEPHONE

Defendants UnumProvident Corporation and UNUM Life Insurance Company of America ("Defendants") file this motion to appear at the initial pretrial conference by telephone and state:

1.  **Nature of the Action.** This is a suit to recover benefits under a disability income policy issued by UNUM Life. Plaintiff Karen Brooks ("Brooks") claims that she became disabled from her occupation of podiatric surgeon due to back and leg pain secondary to a herniated disk that resulted from her fall in her bathtub. UNUM Life paid benefits to Brooks for several months but then closed her claim upon receipt of (among other information) hospital records indicating that she performed a variety of surgical procedures after her fall.

2.  **The Initial Pretrial Conference.** In its Order Setting Conference, the Court ordered counsel to appear for the initial pretrial conference at 9:30 a.m. on June 28, 2000. The Civil Procedures for the Court, which are available on the website for the United States District

Court for the Southern District of Texas, provide that out-of-town counsel may request permission to appear by telephone at a hearing or conference. Counsel for Defendants thus requests permission to appear at the initial pretrial conference by telephone.

3. <u>Relief Requested</u>. Defendants respectfully request that their counsel be allowed to participate at the initial pretrial conference, which is currently scheduled for 9:30 a.m. on June 28, 2000, by telephone.

Respectfully submitted,

FIGARI DAVENPORT & GRAVES, L.L.P.

By: *Andrew C Whitaker*
Doug K. Butler
State Bar No. 03516050
S.D. No. 9271
Attorney-In-Charge

OF COUNSEL:
Andrew C. Whitaker
State Bar No. 21273600
S.D. No. 14309
Lisa L. Traylor
State Bar No. 00797967
S.D. No. 21115

4800 Bank of America Plaza
901 Main Street, LB 125
Dallas, Texas 75202
(214) 939-2000
(214) 939-2090 (telecopy)

ATTORNEYS FOR DEFENDANTS
UNUMPROVIDENT CORPORATION
and UNUM LIFE INSURANCE
COMPANY OF AMERICA

## CERTIFICATE OF CONFERENCE

On June 20, 2000, counsel for Defendants attempted to confer by telephone with Michael Cowen, counsel for Brooks, regarding the relief requested in this motion. Mr. Cowen was not in the office and has not yet returned this call. It is thus unknown whether he opposes this request.

_____
Andrew C. Whitaker

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been sent by certified mail, return receipt requested, to Mr. Michael R. Cowen, Zavaletta & Cowen, 603 E. St. Charles Street, Brownsville, Texas 78520, on this 20th day of June, 2000.

_____
Andrew C. Whitaker