17

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 27 2000

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| KAREN BROOKS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-00-029 |
| | § | |
| UNUMPROVIDENT CORPORATION | § | JURY DEMANDED |
| and UNUM LIFE INSURANCE | § | |
| COMPANY OF AMERICA, | § | |
| | § | |
| Defendants. | § | |

## ORDER GRANTING DEFENDANTS' MOTION TO APPEAR AT INITIAL PRETRIAL CONFERENCE BY TELEPHONE

Defendants UnumProvident Corporation and UNUM Life Insurance Company of America ("Defendants") filed Defendants' Motion to Appear at Initial Pretrial Conference by Telephone (the "Motion"). The Court, having reviewed the Motion, and otherwise being fully advised, is of the opinion that the Motion is well-taken and should be GRANTED. It is therefore

ORDERED that the Motion is GRANTED. It is further

ORDERED that Defendants' counsel may appear at the initial pretrial conference, which is currently scheduled for 9:30 a.m. on June 28, 2000, by telephone.

Signed: June 27, 2000

[signature]

ORDER GRANTING DEFENDANTS' MOTION TO APPEAR
AT INITIAL PRETRIAL CONFERENCE BY TELEPHONE - Page 1

Faxed to: Mr. Whitaker - 214-939-2090
Mr. Cowen - 956-541-2205