UNITED STATES DISTRICT COURT   SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

JUN 2 8 2000

Michael N. Milby
Clerk of Court

Brooks § 
 §
versus §   CIVIL ACTION 00-29
 §
Unum Provident §
 §

CONFERENCE MEMORANDUM
Initial Pretrial Conference

*Appearances*.

Counsel:   Representing:

Cowen   Brooks
Whitaker (via telephone)   Unum

Date: 6/28/00   Reporter:

At the conference, ~~these rulings were made~~:

1. Scheduling order agreed to.
2. Parties are filing responses to motions.
3. Discovery issues might arise depending on outcome of ~~~~ motions.