United States District Court
Southern District of Texas
ENTERED

JUL 1 1 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

*Brooks*
versus
*Unum Provident*

CIVIL ACTION B- 00-29

## Scheduling Order

1. Trial: Estimated time to try: __6__ days.    ☐ Bench   ☒ Jury

2. New parties must be joined by:    Sept. 29, 2000

   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:    Nov 24, 2000

4. The defendant's experts must be named with a report furnished within 30 days of the deposition of the plaintiff's expert.

5. Discovery must be completed by:    March 30, 2001

   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court. No continuance will be granted because of information acquired in post-deadline discovery.*

************************  The court will provide these dates.  ************************

6. Dispositive Motions will be filed by:    4-20-01

7. Joint pretrial order is due:    7-20-01

   *The plaintiff is responsible for filing the pretrial order on time.*

8. Docket Call and final pretrial conference is set for 1:30 p.m. on:    8-2-01

9. Jury Selection is set for 9:00 a.m. on:    8-6-01

The case will remain on standby until tried.

Signed __July 5__, 2000, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge

*Counsel, please sign on the back.*