22

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED

**AUG 0 3 2000**

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| KAREN BROOKS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-00-29 |
| | § | |
| UNUMPROVIDENT CORP. | § | |
| and UNUM LIFE INS. CO. OF AMERICA | § | |
| | § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED that on August 2, 2000, the Court reviewed the file in Civil Action No. B-00-29. Pending before the Court are Defendants' motion to extend time to answer Plaintiff's complaint (Dkt. No. 5); Defendants' motion to dismiss certain claims (Dkt. No. 6); Defendants' amended motion to dismiss certain claims (Dkt. No. 10); and Plaintiff's motion for leave to file amended complaint (Dkt. No. 14).

1.    At footnote three in Defendants' reply (Dkt. No. 19), Defendants assert that Plaintiff, a podiatric surgeon, performed more surgeries after her injury than she had performed before her injury. Defendants claim to have documentation establishing that Plaintiff performed these surgeries after her injury. Assuming that Defendants can establish the facts asserted in footnote three, what effect would such a finding of fact have on each claim pressed by Plaintiff? The parties are ORDERED to submit briefing on this issue no later than September 22, 2000. Defendants will include, in admissible format, any evidence of pre- and post-injury surgeries upon which they base the representation made in footnote three.

2.    A status conference is set for October 2, 2000, at 2:30. At the status conference, the parties will be prepared to discuss this issue.

1

3.     Defendants' motion to extend time to answer Plaintiff's complaint (Dkt. No. 5) is GRANTED.

4.     Defendants' motion to dismiss certain claims (Dkt. No. 6) is MOOT in light of their amended motion.

5.     Defendants' amended motion to dismiss certain claims (Dkt. No. 10) and Plaintiff's motion for leave to file amended complaint (Dkt. No. 14) are TAKEN UNDER ADVISEMENT and will be addressed at the status conference.

DONE at Brownsville, Texas, this _____ day of August 2000.

Hilda G. Tagle
United States District Judge

2