24

United States District Court
Southern District of Texas
FILED

SEP 2 2 2000

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| KAREN BROOKS, | § | |
| Plaintiff, | § § § | |
| v. | § § | CIVIL ACTION NO. B-00-029 |
| UNUMPROVIDENT CORPORATION and UNUM LIFE INSURANCE COMPANY OF AMERICA, | § § § § § | JURY DEMANDED |
| Defendants. | § | |

### APPENDIX IN SUPPORT OF DEFENDANTS' BRIEF REGARDING PLAINTIFF'S CONTINUED PERFORMANCE OF SURGERIES

Defendants UnumProvident Corporation and UNUM Life Insurance Company of America submit this appendix in support of Defendants' Brief Regarding Plaintiff's Continued Performance of Surgeries containing the following:

1. Declaration of Nancy Minor (pages 1-70);

2. Declaration of the Custodian of Records of Brownsville Medical Center (pages 71-80); and

3. Declaration of the Custodian of Correspondence for the Chief Nursing Officer of Brownsville Medical Center (pages 81-86).

Respectfully submitted,

By: *Andrew C Whitaker*
Doug K. Butler
State Bar No. 03516050
S.D. No. 9271
Attorney-In-Charge

OF COUNSEL:
Andrew C. Whitaker
State Bar No. 21274600
S.D. No. 14309
Lisa L. Traylor
State Bar No. 00797967
S.D. No. 21115

FIGARI DAVENPORT & GRAVES, L.L.P.
4800 Bank of America Plaza
901 Main Street, LB 125
Dallas, Texas 75202
(214) 939-2000
(214) 939-2090 (telescope)

ATTORNEYS FOR DEFENDANTS
UNUMPROVIDENT CORPORATION
and UNUM LIFE INSURANCE
COMPANY OF AMERICA

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been sent by certified mail, return receipt requested, to Mr. Michael R. Cowen, P.C., Cowen & Livesay, 1325 Palm Blvd., Brownsville, Texas 78520, on this 21st day of September, 2000.

*Andrew C Whitaker*
Andrew C. Whitaker

**APPENDIX IN SUPPORT OF DEFENDANTS' BRIEF REGARDING PLAINTIFF'S CONTINUED PERFORMANCE OF SURGERIES** - Page 2