IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 2 9 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| KAREN BROOKS | * | |
| | * | CIVIL ACTION NO. B-00-029 |
| V. | * | |
| | * | |
| UNUMPROVIDENT CORPORATION | * | |
| And UNUM LIFE INSURANCE | * | JURY DEMANDED |
| COMPANY OF AMERICA | * | |

**PLAINTIFF'S RESPONSE TO DEFENDANTS' BRIEF ON THE ISSUE
OF SURGERIES PERFORMED BY PLAINTIFF AND MOTION TO ABATE
OR, IN THE ALTERNATIVE, TO DISMISS WITHOUT PREJUDICE**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW Karen Brooks, Plaintiff, and files this her Response to Defendants' Brief on the Issue of Surgeries Performed by Plaintiff and Motion to Abate or, in the Alternative, to Dismiss Without Prejudice.

**PRELIMINARY STATEMENT**

Defendant has filed a brief with the Court contending that Plaintiff cannot prevail in this case because she performed surgeries after the date that she became disabled. However, Defendant omits Plaintiff's side of the story. Plaintiff will show that she in fact mostly supervised resident podiatrists who performed surgery, as opposed to performing the surgeries herself. When the Court looks at all the facts, it will see that the issue of surgeries is one that must be decided by a jury.

**REQUEST TO ABATE OR DISMISS WITHOUT PREJUDICE**

In addition to raising the surgery issue with this Court, Defendants also reported Plaintiff to the fraud unit of the Texas Department of Insurance (the "TDI"). Based on the information provided by Defendants, the TDI is presently seeking to have Plaintiff indicted upon felony insurance fraud charges. Because it is impracticable to respond to

discovery in a civil case and at the same time invoke the protections afforded a criminal defendant, in the interest of justice Plaintiff asks that the Court abate this case during the pendency of the criminal proceeding. In the alternative, Plaintiff seeks to dismiss this case without prejudice.

## PLAINTIFF DID NOT COMMIT FRAUD

Plaintiff did not commit fraud by performing surgeries when she told Defendants that she was unable to work. Plaintiff trains podiatry residents through the University of Texas Health Center residency program. As part of her teaching duties, she supervised residents in performing surgeries. The records show that she only performed three surgeries without an assistant. While Defendant may contend that Plaintiff is being untruthful, she in fact is telling the truth. She has the right to have a jury decide whether to believe her.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that the Court ABATE this case during the pendency of the criminal charges against her. In the alternative, Plaintiff prays that the Court DISMISS this matter without prejudice.

Respectfully submitted,

MICHAEL R. COWEN, P.C.
765 E. 7th Street, Suite A
Brownsville, Texas 78520
(956) 541-4981
(956) 504-3674 (FAX)

_____
Michael R. Cowen, P.C.
State Bar No. 00795307
Federal ID No. 19967

## CERTIFICATE OF SERVICE

I, Michael R. Cowen, hereby certify that a true and correct copy of the foregoing document has been sent by facsimile, to Defendants' counsel on this the 29th day of September, 2000.

Doug K. Butler
FIGARI, DAVENPORT & GRAVES, L.L.P.
4800 Bank of America Plaza
901 Main Street, LB 125
Dallas, Texas 75202

_____
Michael R. Cowen