26

United States District Court
Southern District of Texas
FILED

SEP 29 2000

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| KAREN BROOKS | * | |
| | * | CIVIL ACTION NO. B-00-29 |
| V. | * | |
| | * | |
| UNUMPROVIDENT CORPORATION | * | |
| and UNUM LIFE INSURANCE | * | JURY DEMANDED |
| COMPANY OF AMERICA | * | |

## NOTICE OF CHANGE OF FIRM NAME AND ADDRESS

TO THE HONORABLE JUDGE OF SAID COURT:

Michael R. Cowen has changed firms and addresses. His new firm name and address is:

> MICHAEL R. COWEN, P.C.
> 765 E. 7th Street, Suite A
> Brownsville, Texas 78520
> (956) 541-4981
> (956) 504-3674

> Respectfully submitted,
>
> MICHAEL R. COWEN, P.C.
> 765 E. 7th Street, Suite A
> Brownsville, Texas 78520
> Telephone:  (956) 541-4981
> Facsimile:  (956) 504-3674
>
> /s/ Michael R. Cowen
> _____
> Michael R. Cowen
> State Bar No. 00795306
> Federal ID No. 19967
> ATTORNEY FOR PLAINTIFF

ClibPDF - www.fastio.com

## CERTIFICATE OF SERVICE

On this the 29 day of ~~October~~ Sept, 2000, a true and correct copy of the above and foregoing document was sent to opposing counsel by regular mail:

Doug K. Butler
FIGARI, DAVENPORT & GRAVES, L.L.P.
4800 Bank of America Plaza
901 Main Street, LB 125
Dallas, Texas 75202

_____
Michael R. Cowen