27

United States District Court
Southern District of Texas
FILED

OCT 02 2000

Michael N. Milby, Clerk of Court

# Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ■ Fajardo    ☐ Koerner |
| DATE | 10 / 02 / 00 |
| TIME | 2:36 p.m. |
| CIVIL ACTION | B - 00 - 29 |
| STYLE | Brooks versus Unumprovident Corp. |

DOCKET ENTRY   ☐ Status Conference   ☐ Initial Pre Trial Conference

(HGT) ☒ Hearing; ____ day  ☐ Bench or ☐ Jury Trial    (Rptr. Breck Record)

Michael Cowen _____ for ☒ Ptf. # ____   ☐ Deft. #
Andrew Whitaker _____ for ☐ Ptf. # ____   ☒ Deft. #
_____ for ☐ Ptf. # ____   ☐ Deft. #
_____ for ☐ Ptf. # ____   ☐ Deft. #

☐ All motions not expressly decided are denied without prejudice.

☐ Evidence taken [exhibits or testimony].

☐ Argument heard on:   ☐ all pending motions;   ☑ these topics:

Def's motion to Dismiss RICO claims – GRANTED [Dkt. No. 10]
P's Motion for Leave to File Amended Complaint – DENIED [Dkt. No. 14]
P's motion to Dismiss W/o Prejudice – GRANTED [Dkt No. 25]
(for possible indictment by Tx Dept of Ins).

☐ Motions taken under advisement: _____

☑ Order to be entered.