

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 0 3 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| KAREN BROOKS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-00-29 |
| | § | |
| UNUMPROVIDENT CORP. | § | |
| and UNUM LIFE INS. CO. OF AMERICA | § | |
| | § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED that on October 2, 2000, the Court heard oral argument regarding Defendant's Amended Motion to Dismiss Certain Claims and Brief in Support [Dkt. No. 10], Plaintiff's Motion for Leave to File Amended Complaint [Dkt. No. 14], and Plaintiff's Response to Defendants' Brief of the Issue of Surgeries Performed by Plaintiff and Motion to Abate or, in the Alternative, to Dismiss Without Prejudice [Dkt. No. 25]. The Court ruled as follows:

1. The Court found that Plaintiff made no clear allegation that her injuries were caused by the use of racketeering income as required under 18 U.S.C. 1962(a), nor caused by the lawful merger of the two corporations which comprise UnumProvident as required by 18 U.S.C. 1962(b). In addition, Plaintiff could not demonstrate that "persons" were not the same individuals who comprised the "entity" in order to make out a conspiracy claim under 18 U.S.C. 1962(c). Therefore, the Court GRANTED Defendant's Motion to Dismiss Plaintiff's RICO claims [Dkt. No. 10] with prejudice.

2. The Court DENIED Plaintiff's Motion for Leave to File an Amended Complaint [Dkt. No. 14].

1

2

3.   Plaintiff notified the Court that the Texas Department of Insurance may seek to indict her on fraud charges. Therefore, the Court GRANTED Plaintiff's Motion to Dismiss Without Prejudice [Dkt. No. 25].

DONE at Brownsville, Texas, this 3rd [~~2nd~~] day of October 2000.

Hilda G. Tagle
United States District Judge