29

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 16 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| KAREN BROOKS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-00-029 |
| | § | |
| UNUMPROVIDENT CORPORATION | § | JURY DEMANDED |
| and UNUM LIFE INSURANCE | § | |
| COMPANY OF AMERICA, | § | |
| | § | |
| Defendants. | § | |

## DEFENDANTS' MOTION TO ALTER OR
## AMEND JUDGMENT AND SUPPORTING BRIEF

Defendants UnumProvident Corporation ("UnumProvident") and UNUM Life

Insurance Company of America ("UNUM Life") (collectively, "Defendants") move, pursuant

to Fed. R. Civ. P. 59(e), to alter or amend the Order entered herein on October 3, 2000 (the

"Judgment") and state:

## I. NATURE OF THE ACTION

This is a suit for benefits under a master policy issued to the American Podiatric

Medical Association. Less than a year after obtaining coverage, Plaintiff Karen Brooks

("Brooks") fell in her bathtub and purportedly sustained injuries preventing her from

performing her occupational duties. UNUM Life began paying $6,000 per month in disability

benefits to Brooks while it investigated her claim. During its investigation, UNUM Life

obtained (among other information) surgical logs from one of the hospitals at which Brooks had privileges indicating that she performed more surgeries in the period after her fall than she had before her fall. Brooks was unable to offer a satisfactory explanation for the information contained in these logs, and UNUM Life stopped paying benefits to her. This lawsuit ensued.

## II. PROCEDURAL HISTORY

In Plaintiff's Original Complaint (the "Complaint"), Brooks purported to assert claims against Defendants for repudiation and anticipatory breach of contract, violations of the Texas Insurance Code and the DTPA, and civil RICO. Defendants timely filed an answer to the Complaint and sought the dismissal of her RICO claim. In their motion to dismiss, Defendants asserted that Brooks performed more surgeries in 1998 after her fall than she had performed before her fall. Brooks responded to the motion to dismiss and sought leave to amend the Complaint "in the interest of justice and giving the Defendants better notice of her claims." Defendants then filed their reply in support of motion to dismiss and response to Brooks' request for leave.

By Order entered August 3, 2000, the Court requested the parties to submit briefing by September 22, 2000 on the effect on Brooks' claims in this action of her performance of more surgeries after her fall than she had performed before her fall and scheduled a hearing on the issue for October 3, 2000. Defendants filed their brief in a timely fashion. Brooks thereafter filed her response to Defendants' brief and her motion to abate or dismiss this action without prejudice, which request was predicated upon the threat of felony fraud charges against her.

On October 3, 2000, after hearing argument from the parties' counsel, the Court entered

the Judgment, in which the Court dismissed Brooks' RICO claim with prejudice, denied her

motion for leave to amend, and granted her motion to dismiss her remaining claims without

prejudice.  The Judgment is silent, however, on the issue of costs.

## III.  GROUNDS FOR RELIEF

Defendants are entitled to recover their court costs from Brooks under Fed. R. Civ. P.

54(d)(1).  Defendants respectfully request that the Court amend the Judgment to tax all costs

against Brooks.

## IV.  ARGUMENT

### A.    Defendants Are Entitled to Recover Their Court Costs from Brooks.

Fed. R. Civ. P. 54(d)(1) states:

> (1)    *Costs Other Than Attorneys' Fees.*  Except when express
> provision therefor is made either in a statute of the United States or in these
> rules, costs other than attorneys' fees shall be allowed as of course to the
> prevailing party unless the court otherwise directs....

Fed. R. Civ. P. 54(d)(1).  The Fifth Circuit recognizes a strong presumption in favor of

awarding costs to the prevailing party.  See Salley v. E.I. DuPont de Nemours & Co., 966 F.2d

1011, 1017 (5th Cir. 1992); Sheets v. Yamaha Motors Corp., U.S.A., 891 F.2d 533, 539 (5th

Cir. 1990); United States v. D.K.G. Appaloosas, Inc., 829 F.2d 532, 539 (5th Cir. 1987), cert.

denied, 485 U.S. 976 (1988); Schwarz v. Folloder, 767 F.2d 125, 131 (5th Cir. 1985).

Although Rule 54(d) permits the Court to deny costs to the prevailing party, it cannot act

arbitrarily in exercising its discretion.  At a minimum, the Court must listen to such party's argument and state reasons for its decision to not award costs.  See Salley, 966 F.2d at 1017; Hall v. State Farm Fire & Cas. Co., 937 F.2d 210, 216-17 (5th Cir. 1991); Schwarz, 767 F.2d at 127.  Failure to state those reasons is reversible error.  See Schwarz, 767 F.2d at 127.  Moreover, the Court cannot require the prevailing party to share costs unless the costs serve as a sanction.  See Salley, 966 F.2d at 1017; Hall, 937 F.2d at 216.

For example, in Hall, the insured recovered nothing on her claims against her fire insurer, and the district court entered a take-nothing judgment but ordered that each party pay its own costs without listing any reason for its action.  The Fifth Circuit reversed and remanded the case to the trial court to tax costs against the plaintiff or to state specific reasons why it refused to do so.  937 F.2d at 216-17.  The same result was reached in Schwarz, in which the Fifth Circuit noted that Rule 54 reasonably bears the intendment that the prevailing party is prima facie entitled to costs and that it is incumbent on the losing party to overcome that presumption since the denial of costs is in the nature of a penalty for some defection in the course of litigation.  767 F.2d at 131; see also Delta Air Lines, Inc. v. August, 450 U.S. 346, 353 n.14 (1981) (noting that the district court should deny costs to a prevailing party "only where there would be an element of injustice in a cost award").

Here, Brooks cannot point to anything that Defendants or their counsel did in this litigation which would overcome the strong presumption in favor of Defendants recovering their costs as the prevailing party.  To the contrary, Defendants obtained the dismissal with

prejudice of Brooks' RICO claim, and Brooks voluntarily sought the dismissal of her remaining claims.

## B.    The Taxable Court Costs.

28 U.S.C. § 1920 provides that the Court may tax as costs, among other items, (1) fees and disbursements for printing and witnesses, and (2) fees for exemplification and copies of papers necessarily obtained for use in the case. Defendants incurred the following costs within these categories:

1.    Witness and Court Reporter Fees. Defendants served subpoenas and depositions on written questions on various third parties to obtain copies of their records pertaining to Brooks. In connection with this effort, Defendants incurred $680.00 in serving subpoenas, $3,561.99 in court reporter fees for depositions on written questions, and $440.00 in witness fees.

2.    Copies of Other Documents. Throughout the course of this action, Defendants have been required to prepare and serve numerous pleadings and other papers. Their attorneys charged Defendants $0.15 per page for copies of documents. A total of 322 pages of copies were made of pleadings, discovery responses, and other papers necessarily obtained for use in the case which, at $0.15 per page, totals $91.20.

3.    Bill of Costs Attached. Defendants have attached as Exhibit A their Bill of Costs supporting this request.

## V. **CONCLUSION**

Defendants respectfully request that the Court alter or amend the Judgment to tax all costs incurred by Defendants against Brooks and have the Clerk enter the Bill of Costs attached as Exhibit A.

Respectfully submitted,

By: _____
Doug K. Butler
State Bar No. 03516050
S.D. No. 9271
Attorney-In-Charge

OF COUNSEL:
Andrew C. Whitaker
State Bar No. 21274600
S.D. No. 14309
Lisa L. Traylor
State Bar No. 00797967
S.D. No. 21115

FIGARI DAVENPORT & GRAVES, L.L.P.
4800 Bank of America Plaza
901 Main Street,  LB 125
Dallas, Texas 75202
(214) 939-2000
(214) 939-2090 (FAX)

ATTORNEYS FOR DEFENDANTS
UNUMPROVIDENT CORPORATION
and UNUM LIFE INSURANCE
COMPANY OF AMERICA

## CERTIFICATE OF CONFERENCE

On October 13, 2000, counsel for Defendants attempted to confer with Michael Cowen, counsel for Brooks, regarding this motion. Mr. Cowen did not return the call prior to the filing of this motion; however, it is presumed that he opposes this relief.

_Andrew C Whitaker_
_____
Andrew C. Whitaker

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been sent by certified mail, return receipt requested, to Mr. Michael R. Cowen, Michael R. Cowen, P.C., 765 E. 7th Street, Suite A, Brownsville, Texas 78520, on this 13th day of October, 2000.

_Andrew C Whitaker_
_____
Andrew C. Whitaker

AO 133 (Rev 9/89) Bill of Costs

# United States District Court

## SOUTHERN ——— DISTRICT OF ——— TEXAS
### BROWNSVILLE DIVISION

KAREN BROOKS,
        Plaintiff,

**BILL OF COSTS**

V.

UNUMPROVIDENT CORPORATION
and UNUM LIFE INSURANCE
COMPANY OF AMERICA, Defendants.

Case Number:    B-00-029

Judgment having been entered in the above entitled action on  **10/3/2000**  against  **Karen Brooks**
                                                                                   Date

the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk ................................................................. $ | |
| Fees for service of summons and subpoena ........................................ (see attached) | 680.00 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case ....... (see attached) | 3,561.99 |
| Fees and disbursements for printing ................................................ | |
| Fees for witnesses (itemize on reverse side) ........................................ (see attached) | 440.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case ..................... (see attached) | 91.20 |
| Docket fees under 28 U.S.C. 1923 ................................................ | = |
| Costs as shown on Mandate of Court of Appeals ................................... | |
| Compensation of court-appointed experts ......................................... | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ............. | |
| Other costs (please itemize) .................................................... | |
| **TOTAL $** | **4,773.19** |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: Mr. Michael R. Cowen, Michael R. Cowen, P.C., 765 E. 7th Street, Suite A, Brownsville, Texas 78520.

Signature of Attorney: _____

Name of Attorney: Doug K. Butler, Figari Davenport & Graves, L.L.P., 4800 Bank of America Plaza, 901 Main Street, Dallas, Texas 75202-3796

For: UNUMPROVIDENT CORPORATION and UNUM LIFE INSURANCE COMPANY OF AMERICA          Date: 10/13/2000
              Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgement.

By: _____

Clerk of Court                    Deputy Clerk                    Date

# SCHEDULE OF FEES FOR SERVICE OF SUBPOENAS*

| WITNESS | COST |
|---|---:|
| Brownsville Medical Center [Jan Behm] | 155.00 |
| Dr. Madhavan Pisharodi [Betty Sosa] | 60.00 |
| David K. Drefke | 60.00 |
| Fernando Torrones | 60.00 |
| First Rio Valley [Jesus Jimenez] | 60.00 |
| John Williams | 60.00 |
| San Antonio South Medical | 45.00 |
| Texas Back Institute [Lori Lopez] | 60.00 |
| Valley Pain Center [Esmeralda Saldivar] | 60.00 |
| Valley Regional Medical Center [Diane Clark] | 60.00 |
| **TOTAL** | 680.00 |

*See attached invoices

U.S. LEGAL Support- Rio Grande Valley
(956) 425-7600   Fax  (956) 425-7610

# COURT REPORTING
# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 57866 | 09/18/00 | 06-11133 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 08/24/00 | | B00029 |

| CASE CAPTION |
|---|
| Brooks vs. Provident |

| TERMS |
|---|
| DUE UPON RECEIPT |

Nancy Olds
The Provident Companies
USLR National Program

DEPOSITION OF:
   Jan Behm

| | | |
|---|---|---|
| EXHIBITS | 0 Pages @  3.35/Page | 0.00 |
| Overtime Prep. Fee | 511 Pages @  0.10/Page | 51.10 |
| Custodian Fee | | 50.00 |
| Civil Process Service | | 393.36 |
| | | 155.00 |

T O T A L   D U E  >>>>      649.46

ADJUSTER: Ms. Nancy Olds     CLAIM # C.A. 982346

LOCATION OF DEPO: Brownsville, TX
Thank you for using US Legal Support, Inc.
We appreciate your business!!
Please call us @ 713-653-7100, ext. 177 if you have
any questions.
ORDERED BY:  Andrew Whitaker
             Figari Davenport & Graves
             3800 Nations Bank Plaza 901 Main Street
             Dallas, TX 75202

TAX ID NO.:  74-2505835

Please detach and return this portion with your payment

Nancy Olds
The Provident Companies
USLR National Program

Invoice No. : 57866
Date        : 09/18/00
**TOTAL DUE** :   **649.46**

Job No.  : 06-11133
Case No. : B00029
Brooks vs. Provident

Remit To: U.S. LEGAL Support- Rio Grande Valley
          P.O. Box 201572

U.S. LEGAL Support- Rio Grande Valley
(956) 425-7600    Fax (956) 425-7610

# COURT REPORTING
# I N V O I C E

| INVOICE NO. | DATE | ACCOUNT NO. |
|---|---|---|
| 57966 | 09/27/00 | 06-10700 |

| JOB DATE | ATTORNEY | FIRM MATTER |
|---|---|---|
| 08/16/00 | SANDSI | B00029 |

| | CASE CAPTION | |
|---|---|---|
| Brooks vs. Provident | | |

| | TERMS | |
|---|---|---|
| DUE UPON RECEIPT | | |

Nancy Olds
The Provident Companies
USLR National Program



TAX ID NO.:  74-2505835

Case 1:00-cv-00029   Document 29   Filed in TXSD on 10/16/2000   Page 12 of 46

U.S. LEGAL Support- Rio Grande Valley
(956) 425-7600   Fax (956) 425-7610

## COURT REPORTING
# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 57966 | 09/27/00 | 06-10700 |

| JOB DATE | REPORTER | CASE NUMBER |
|---|---|---|
| 08/16/00 | SANDSI | B00029 |

| CASE CAPTION |
|---|
| Brooks vs. Provident |

| TERMS |
|---|
| DUE UPON RECEIPT |

Nancy Olds
The Provident Companies
USLR National Program

TAX ID NO.:  74-2505835

10/11/00   WED 15:57 FAX 1800 987 2802          USLR.                                    ☒006

US Legal Reporting, Inc.
1001 Fannin Street, Suite 650
Houston, TX 77002
(800) 987-2687   Fax (800) 987-2802

# COURT REPORTING
# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 81917 | 10/09/00 | 01-38312 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 08/24/00 | LITIGA | |

| CASE CAPTION | | |
|---|---|---|
| Brooks vs. Provident | | |

| TERMS | | |
|---|---|---|
| Net 30   Include invoice number | | |

Matthew Monahan
UNUM Provident Companies
211 Congress
Portland, ME 04122

```
ORIGINAL AND 1 COPY OF TRANSCRIPT OF:
    David K. Drefke, CPA
                    DAILY TRANSCRIPTION       8 Pages @ 3.35/Page      26.80
                    After Hours / Weekends                             25.46
                    Basic Charge DWQ                                   50.00
                    Certification Fee                                  65.00
                    Civil Process Service                             15.00
                                                                       60.00

                                                                   ========
                                        T O T A L   D U E  >>>>     242.26


ADJUSTER: Matthew Monahan     CLAIM#: CA 902346

LOCATION OF DEPO: TX   APP INV#: 57406

ORDERED BY: Andrew Whitaker
            FIGARI & DAVENPORT
            4800 Nationsbank Plaza
            Dallas, TX 75202
```

TAX ID NO.:  74-2505835

Please detach and return this portion with your payment

```
Matthew Monahan
UNUM Provident Companies
211 Congress
Portland, ME 04122            Invoice No.: 81917
                             Date       : 10/09/00
                             TOTAL DUE  :  242.26


                             Job No.    : 01-38312
                             Case No.   :
                             Brooks vs. Provident
```

Remit To: US Legal Reporting, Inc.
          P. O. Box 200973

10/11/00   WED 15:55 FAX 1800 987 2802       USLR.                                    ☑004

US Legal Reporting, Inc.
1001 Fannin Street, Suite 650
Houston, TX 77002
(800) 987-2687   Fax  (800) 987-2802

# COURT REPORTING
# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 81915 | 10/09/00 | 01-38310 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 08/22/00 | LITIGA | |

| CASE CAPTION |
|---|
| Brooks vs. Provident |

| TERMS |
|---|
| Net 30   Include invoice number |

Matthew Monahan
UNUM Provident Companies
211 Congress
Portland, ME 04122

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:
   Fernando Torrones, CPA
                        DAILY TRANSCRIPTION
                        EXHIBITS
                        Sleeves
                        Basic Charge D. W. Q.
                        Certification Fee
                        Civil Process Service

                                         6 Pages @  3.35/Page     20.10
                                                                  19.10
                                       887 Pages @  0.10/Page     88.70
                                         4 @ 0.50                  2.00
                                                                  65.00
                                                                  15.00
                                                                  60.00
                                                                ========
                            T O T A L   D U E  >>>>    269.90

ADJUSTER: Matthew Monahan      CLAIM#: CA 982346

LOCATION OF DEPO: TX    AFF INV#: 57399

ORDERED BY: Andrew Whitaker
            FIGARI & DAVENPORT
            4800 Nationsbank Plaza
            Dallas, TX 75202

TAX ID NO.:  74-2505835

          Please detach and return this portion with your payment

Matthew Monahan
UNUM Provident Companies
211 Congress
Portland, ME 04122              Invoice No.: 81915
                               Date     : 10/09/00
                               **TOTAL DUE** :  269.90

                               Job No.   : 01-38310
                               Case No.  :
                               Brooks vs. Provident

Remit To: US Legal Reporting, Inc.
          P. O. Box 200973

# U.S. Legal Support

6800 PARK TEN BLVD. STE. 216 N.  SAN ANTONIO, TEXAS 78213
210-734-7127 PHONE  210-734-3426 FAX

## INVOICE

**TO ATTORNEY:** Andrew Whitaker          **FIRM.** Figari and Davenport, and Graves

**ADDRESS:** 901 MAIN ST., DALLAS TX , 75202-3796

**STYLE OF CASE:** KAREN BROOKS  VS.  UNUM PROVIDENT CORP.AND UNUM LIFE INS. CO. OF AMERICA

**CAUSE NO.:** B-00-029

**SUBJECT/ WITNESS:** Karen Brooks

**TYPE OF REQUEST:** MEDICAL RECORDS   **WORK ORDER NO.:** SA005391-01

**FACILITY NAME:** SAN ANTONIO SOUTH MEDICAL   **BILLING DATE:** 10/12/00

| DESCRIPTION CHARGE | QUANTITY | TOTAL |
|---|---|---|
| SUBPOENA | | |
| BASIC | 1 | $ 45.00 |
| CANCELLATION CHARGE | | |

**TOTAL FOR THIS INVOICE**                                        $45.00

This is a UNUM file, claim no.: 982346, adjuster: Nancy Olds

ONCE YOU HAVE APPROVED PLEASE FORWARD THIS INVOICE AS SOON AS POSSIBLE TO

**U.S. Legal Support**
**1001FANNIN ST., STE. 650**
**HOUSTON, TEXAS 77002**
**ATTN: ACCOUNTING DEPT.**

## AS ALWAYS THANK YOU FOR YOUR BUSINESS!

SHOULD YOU HAVE ANY QUESTIONS REGARDING THIS INVOICE PLEASE CALL MARGARET: 210-734-7127

fax to:

U.S. LEGAL Support- Dallas
(214) 741-6001   Fax (214) 741-6821

# COURT REPORTING
# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 56642 | 07/31/00 | 02-10349 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 08/16/00 | | B00029 |

| | CASE CAPTION | |
|---|---|---|
| | Brooks vs. Provident | |

Antoinette Page
The Provident Companies
c/o USLR 1001 Fannin, Suite 650
Houston, TX 77002

| TERMS |
|---|
| DUE UPON RECEIPT |

ORIGINAL AND 1 COPY OF TRANSCRIPT OF
Subpoena: Texas Bank Institute          0 Pages @ 3.33/Page      0.00
                    Subpoena Service Metro                          50.00
                    Administrative Charges                          10.00
                                                                 --------
                              T O T A L   D U E  >>>>            60.00

ADJUSTER: Antoinette Page      Claim:

LOCATION OF DEPO:
Thank You for being US Legal Support, Inc.
We Appreciate your business.
Please call us @ 214-741-6001 ext 119 if you have
any questions.
ORDERED BY: Andrew Whitaker
            Hiatt Davenport & Walker
            4400 Nations Bank Plaza 901 Main Street
            Dallas, TX 75201

TAX ID NO.:  74-2505835

Please detach and return this portion with your payment

Antoinette Page
The Provident Companies
c/o USLR
1001 Fannin, Suite 650
Houston, TX 77002

Invoice No.: 56642
Date       : 07/31/00
TOTAL DUE  :    60.00

Job No.   : 02-10349
Case No.  : B00029
Brooks vs. Provident

Remit To: U.S. LEGAL Support- Dallas
          P.O. Box 201572
          Houston, TX 77216-1572

# SCHEDULE OF FEES OF THE COURT REPORTER FOR ALL
# FOR ALL OR ANY PART OF THE TRANSCRIPT
# NECESSARILY OBTAINED FOR USE IN THE CASE

Deposition on Written Questions Directed to Custodian
of Records ................................................. $3561.99
(see attached invoice)

      TOTAL ....................................... $3561.99

# DEPOSITIONS ON WRITTEN QUESTIONS DIRECTED
## TO CUSTODIAN OF RECORDS*

| PROVIDER | DATE TAKEN | COST |
|---|---|---|
| Berkshire Life Insurance [David Kaalib] | 08/28/2000 | 200.00 |
| Brownsville Medical Center [Jan Behm] | 08/16/2000 | 494.46 |
| Dr. Madhavan Pisharodi [Betty Sosa] | 08/16/2000 | 216.00 |
| David K. Drefke | 08/24/2000 | 182.26 |
| Fernando Torrones | 08/21/2000 | 209.90 |
| First Rio Valley [Jesus Jimenez] | 08/16/2000 | 231.00 |
| John Williams | 08/23/2000 | 362.64 |
| Minnesota Mutual Life Insurance Company [Christi Bohn] |  | 66.10 |
| New Era Life Insurance Company [Susan Bookwalter] | 09/30/2000 | 125.50 |
| Texas Back Institute [Lori Lopez] | 08/16/2000 | 236.25 |
| Valley Pain Center [Esmeralda Saldivar] | 08/17/2000 | 974.88 |
| Valley Regional Medical Center [Diane Clark] | 08/16/2000 | 263.00 |
|  | TOTAL | 3561.99 |

*see attached invoices

**CATUOGNO COURT REPORTING SERVICES, INC.**

*ONE MONARCH PLACE - SUITE 1810*
*SPRINGFIELD, MA  01144-1810*
*Phone #: 413.746.8100   Fax #: 413.747.4260*
*catuogno@sten-tel.com*

- Sten-Tel -
- Court Reporting -
- Legal/Medical Transcription -
- Video Depositions -
- Conference Rooms Provided -

...M, MA (413) 732-8100
...er, MA (508) 752-0640
... MA (617) 723-0640
...ence, RI (401) 751-0640
...MA (413) 443-7263
... CT (860) 525-3097

TO:

Employer I.D. No. 04-260-4388

| Statement Date: |
| --- |
| 9/18/2000 |

| Invoice No. |
| --- |
| 10824 |

PLEASE REFERENCE THIS
INVOICE NUMBER WHEN
REMITTING

DOUG BUTLER, ESQ.
FIGARI,  DAVENPORT & GRAVES, L.L.P.
4800 BANK OF AMERICA PLAZA
DALLAS, TX  75202

BROOKS V UNUM PROVIDENT CORP                    Cause No. :
Service Date:   8/28/2000                       RE : DAVID  KAALIB

4139

| Code | Description | Qty | Amount | Charges |
| --- | --- | --- | --- | --- |
| ...I | Minimum attendance/service fee | 1 | 175.00 | 175.00 |
| COD | Express delivery/COD | 1 | 25.00 | 25.00 |

*Paid*

**Thank You For Your Business**

**NET TERMS – 30 DAYS**

1.5% Monthly fee on balance over 30 days.

| TOTAL BALANCE DUE: | 200.00 |
| --- | --- |

---

**PLEASE RETURN BOTTOM PORTION WITH REMITTANCE**

**RECEIVED**

OCT 0 5 2000

DOUG K. BUTLER

**CATUOGNO COURT REPORTING SERVICES**
**ONE MONARCH PLACE - SUITE 1810**
**SPRINGFIELD, MA  01144-1810**

BROOKS V UNUM PROVIDENT CORP

DOUG BUTLER, ESQ.

| | |
| --- | --- |
| Invoice No. | 10824 |
| Total Amount Invoiced | 200.00 |
| Amount Sent | _____ |

TT

U.S. LEGAL Support- Rio Grande Valley
(956) 425-7600   Fax  (956) 425-7610

# COURT REPORTING
# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 57060 | 08/23/00 | 06-10700 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 08/16/00 | SANDSI | B00029 |
| CASE CAPTION | | |
| Brooks vs  Provident | | |
| TERMS: | | |
| DUE UPON RECEIPT | | |

Nancy Olds
The Provident Companies
USLR National Program

EXPEDITED ORIGINAL DEPOSITION OF
Esmeralda Saldivar

| | | |
|---|---|---|
| DAILY TRANSCRIPTION | 9 Pages @ 4.75/Page | 42.75 |
| EXHIBITS | | 64.13 |
| Administrative Charges | 63 Pages @ 0.50/Page | 31.50 |
| Exhibit Tabs | | 50.00 |
| Sleeves | 2 Pages @ 0.50/Page | 1.00 |
| Appearance Fee | | 0.50 |
| | | 75.00 |

T O T A L   D U E  >>>>   974.88

ADJUSTER: Ms. Nancy Olds        CLAIM: C.A. 98Z146

LOCATION OF DEPO: Brownsville, TX
Thank you for using US Legal Support, Inc.
We appreciate your business!!
Please call us @ 713-653-7100, ext. 177 if you have
any questions.
ORDERED BY: Andrew Whitaker
            Figari Davenport & Graves
            4800 National Bank Plaza 901 Main Street
            Dallas, TX 75202

TAX ID NO.:   74-2505835

Please detach and return this portion with your payment

Nancy Olds
The Provident Companies
USLR National Program

Invoice No.: 57060
Date      : 08/23/00
TOTAL DUE :   974.88

Job No.  : 06-10700
Case No. : B00029
Brooks vs. Provident

Remit To: U.S. LEGAL Support- Rio Grande Valley
          P.O. Box 201572
          Houston, TX 77216-1572

U.S. LEGAL Support- Rio Grande Valley
(956) 425-7600    Fax  (956) 425-7610

# COURT REPORTING
# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 57060 | 08/23/00 | 06-10700 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 08/16/00 | SANDSI | B00029 |

| | CASE CAPTION | |
|---|---|---|
| Brooks vs. Provident | | |

| | TERMS | |
|---|---|---|
| DUE UPON RECEIPT | | |

Nancy Olds
The Provident Companies
USLR National Program

EXPEDITED ORIGINAL DEPOSITION OF:
Jesus Jimenez                                                        9 Pages @   4.75/Page      42.75
          OVERNIGHT RUSH                                                          42.75
          EXHIBITS                          38 Pages @  0.50/Page      19.00
          Administrative Charges                                       50.00
          Exhibit Tabs                       2 Pages @  0.50/Page       1.00
          Sleeves                                                       0.50
          Appearance Fee                                               75.00

EXPEDITED ORIGINAL DEPOSITION OF:
Beatriz Sosa                                                          9 Pages @   4.75/Page      42.75
          OVERNIGHT RUSH                                                          42.75
          EXHIBITS                           8 Pages @  0.50/Page       4.00
          Administrative Charges                                       50.00
          Exhibit Tabs                       2 Pages @  0.50/Page       1.00
          Sleeves                                                       0.50
          Appearance Fee                                               75.00

EXPEDITED ORIGINAL DEPOSITION OF:
Diana Clark                                                          9 Pages @   4.75/Page      42.75
          OVERNIGHT RUSH                                                          42.75
          EXHIBITS                         101 Pages @  0.50/Page      50.50
          Administrative Charges                                       50.00
          Exhibit Tabs                       2 Pages @  0.50/Page       1.00
          Sleeves                            2 @ 0.50                    1.00
          Appearance Fee                                               75.00

TAX ID NO.:   74-2505835

10/11/00 WED 15:56 FAX 1800 987 2802     USLR.     ☑005

US Legal Reporting, Inc.
1001 Fannin Street, Suite 650
Houston, TX 77002
(800) 987-2687   Fax (800) 987-2802

# COURT REPORTING
# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 81916 | 10/09/00 | 01-38311 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 08/23/00 | LITIGA | |

| CASE CAPTION | | |
|---|---|---|
| Brooks vs. Provident | | |

| TERMS | | |
|---|---|---|
| Net 30   Include invoice number | | |

Matthew Monahan
UNUM Provident Companies
211 Congress
Portland, ME 04122

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:
   John Williams

| | | |
|---|---|---|
| DAILY TRANSCRIPTION | 35 Pages @ 3.35/Page | 117.25 |
| EXHIBITS | 40 Pages @ 0.10/Page | 111.39 |
| | | 4.00 |
| Certification Fee | | 15.00 |
| Basic Charge DWO | | 65.00 |
| After Hours / Weekends | | 50.00 |

                                     ========
             T O T A L   D U E   >>>>   362.64

ADJUSTER: Matthew Monahan     CLAIM#: CA 982346

LOCATION OF DEPO: TX     AFF INV#: 57402

ORDERED BY: Andrew Whitaker
            FIGARI & DAVENPORT
            4800 Nationsbank Plaza
            Dallas, TX 75202

TAX ID NO.: 74-2505835

Please detach and return this portion with your payment

Matthew Monahan
UNUM Provident Companies
211 Congress
Portland, ME 04122

Invoice No.: 81916
Date      : 10/09/00
TOTAL DUE   :   362.64

Job No.      : 01-38311
Case No.     :
Brooks vs. Provident

Remit To: US Legal Reporting, Inc.
            P. O. Box 200973
            Houston, TX 77216-0973

Case 1:00-cv-00029  Document 29  Filed in TXSD on 10/16/2000  Page 23 of 46

# CC RT REPORTING
# I N V O I C E

US Legal Reporting, Inc.
1001 Fannin Street, Suite 650
Houston, TX 77002
(800) 987-2687  Fax  (800) 987-2802

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 81921 | 10/12/00 | 01-36943 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 08/28/00 | DIANEM | |

| CASE CAPTION | | |
|---|---|---|
| Karen Brooks vs. UNUMProvident Corp. | | |

| TERMS | | |
|---|---|---|
| Net 30  Include invoice number | | |

Matthew Monahan
UNUM Provident Companies
211 Congress
Portland, ME 04122

ORIGINAL AND 1 COPY OF TRANSCRIPT OF        9 Pages @ 2.30/Page      20.70
Christina Sohn                             124 Pages @ 0.10/Page     12.40
                        EXHIBITS                                     25.00
                        Hourly (records depo)
                        Read and Sign                                8.00

                                    T O T A L   D U E  >>>          66.10

ADJUSTER: Matthew J. Monaghan      CLAIM #:
LOCATION OF DEPO: St. Paul, MN     REF INV#: 91229A
ORDERED BY: Doug K. Butler
           FIGARI & DAVENPORT
           4800 Nationsbank Plaza
           Dallas, TX 75202

TAX ID NO.:  74-2505835

Please detach and return this portion with your payment

Matthew Monahan
UNUM Provident Companies
211 Congress
Portland, ME 04122

Invoice No.: 81921
Date      : 10/12/00
**TOTAL DUE** :    66.10

Job No.   : 01-36943
Case No.  :
Karen Brooks vs. UNUMProvident Corp.

Remit To: **US Legal Reporting, Inc.**
          **P. O. Box 200973**
          **Houston, TX 77216-0973**

CSsPDF - www.fastio.com

U.S. LEGAL Support-Houston
(713) 653-7100   Fax  (713) 653-7143

# COURT REPORTING
# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 58090 | 09/30/00 | 01-11504 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 09/22/00 | LEVADO | B00029 |

| | CASE CAPTION |
|---|---|
| | Brooks vs. Provident |

| TERMS |
|---|
| DUE UPON RECEIPT |

Doug K. Butler
Figari Davenport & Graves
4800 Nations Bank Plaza 901 Main Street
Dallas, TX 75202

DEPOSITION OF:
Susan Bookwalter
(TAXABLE : $ 125.50)                                           125.50

                                          T O T A L  D U E  >>>>  125.50

ADJUSTER:  CLAIM#

LOCATION OF DEPO: Houston, TX
Thank you for using US Legal Support, Inc.
We appreciate your business!
Please call us @ 713-653-7100 ext. 177 if you have
any questions.
ORDERED BY: Doug K. Butler
            Figari Davenport & Graves
            4800 Nations Bank Plaza 901 Main Street
            Dallas, TX 75202

TAX ID NO.:  74-2505835                                  (214) 939-2000

Please detach and return this portion with your payment

Doug K. Butler
Figari Davenport & Graves
4800 Nations Bank Plaza
901 Main Street
Dallas, TX 75202

Invoice No. : 58090
Date        : 09/30/00
TOTAL DUE  :   125.50

Job No.   : 01-11504
Case No.  : B00029
Brooks vs. Provident

Remit To: **U.S. LEGAL Support-Houston**
          **P.O. Box 201572**
          **Houston, TX 77216-1572**

U.S. LEGAL Support- Dallas
(214) 741-6001   Fax  (214) 741-6821

# COURT REPORTING
# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 57350 | 08/31/00 | 02-10350 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 08/16/00 | WEEKDA | B00029 |

| CASE CAPTION | | |
|---|---|---|
| Brooks vs. Provident | | |

| TERMS | | |
|---|---|---|
| DUE UPON RECEIPT | | |

Adjuster
The Provident Companies
c/o USLR 1001 Fannin, Suite 650
Houston, TX 77002

DEPOSITION ON WRITTEN QUESTIONS OF
Written Questions: Lori Lopez
Written Deposition                                          150.00
Custodian Fee                                               86.25

                                    T O T A L   D U E >>>>   236.25

ADJUSTER: Ms. Nancy Olds   CLAIM #:
LOCATION OF DEPO: Garland, TX
Thank You for using US Legal Support, Inc.
We appreciate your business!
Please call us @ 214-741-6001 ext 113 if you have
any questions.
ORDERED BY: Andrew Whitaker
           Figari Davenport & Graves
           4800 Nations Bank Plaza 901 Main Street
           Dallas, TX, 75202

TAX ID NO.:   74-2505835

Please detach and return this portion with your payment

Adjuster
The Provident Companies
c/o USLR
1001 Fannin, Suite 650
Houston, TX 77002

Invoice No.: 57350
Date        : 08/31/00
TOTAL DUE   :   236.25


Job No.     : 02-10350
Case No.    : B00029
Brooks vs. Provident

Remit To: U.S. LEGAL Support- Dallas
          P.O. Box 201572
          Houston, TX 77216-1572

10/11/00  WED 15:57 FAX 1800 987 2802      USLR.                                    @008

US Legal Reporting, Inc.                        **COURT REPORTING**
1001 Fannin Street, Suite 650
Houston, TX 77002                               # I N V O I C E
(800) 987-2687   Fax (800) 987-2802

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 81917 | 10/09/00 | 01-38312 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 08/24/00 | LITIGA | |

| CASE CAPTION |
|---|
| Brooks vs. Provident |

| TERMS |
|---|
| Net 30   Include invoice number |

Matthew Monahan
UNUM Provident Companies
211 Congress
Portland, ME 04122

---

```
ORIGINAL AND 1 COPY OF TRANSCRIPT OF:
    David K. Drefke, CPA
                    DAILY TRANSCRIPTION       8 Pages @ 3.35/Page    26.80
                    After Hours / Weekends                           25.46
                    Basic Charge DWQ                                 50.00
                    Certification Fee                                65.00
                    Civil Process Service                            15.00
                                                                     60.00
                                                                  ========
                                    T O T A L   D U E  >>>>        242.26


ADJUSTER: Matthew Monahan      CLAIM#: CA 902346

LOCATION OF DEPO: TX    AFF INV#: 57406

ORDERED BY: Andrew Whitaker
            FIGARI & DAVENPORT
            4800 Nationsbank Plaza
            Dallas, TX 75202
```

TAX ID NO.:  74-2505835

Please detach and return this portion with your payment

Matthew Monahan
UNUM Provident Companies
211 Congress
Portland, ME 04122

Invoice No.: 81917
Date       : 10/09/00
**TOTAL DUE** :  242.26

Job No.    : 01-38312
Case No.   :
Brooks vs. Provident

Remit To: **US Legal Reporting, Inc.**
          **P. O. Box 200973**
          **Houston, TX 77216-0973**

10/11/00   WED 13:55 FAX 1800 987 2802        USLR.                                    ☒004

US Legal Reporting, Inc.                          COURT REPORTING
1001 Fannin Street, Suite 650
Houston, TX 77002                                 I N V O I C E
(800) 987-2687   Fax  (800) 987-2802

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 81915 | 10/09/00 | 01-38310 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 08/22/00 | LITIGA | |

| CASE CAPTION | | |
|---|---|---|
| Brooks vs. Provident | | |

Matthew Monahan
UNUM Provident Companies
211 Congress
Portland, ME 04122

| TERMS |
|---|
| Net 30   Include invoice number |

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:
    Fernando Torrones, CPA                    6 Pages @ 3.35/Page        20.10
                        DAILY TRANSCRIPTION                               19.10
                        EXHIBITS              887 Pages @ 0.10/Page      88.70
                        Sleeves                4 @ 0.50                   2.00
                        Basic Charge D. W. Q.                           65.00
                        Certification Fee                               15.00
                        Civil Process Service                          60.00
                                                                      ========
                                     T O T A L   D U E  >>>>   269.90

ADJUSTER: Matthew Monahan      CLAIM#: CA 982346

LOCATION OF DEPO: TX    AFF INV#: 57399

ORDERED BY: Andrew Whitaker
            FIGARI & DAVENPORT
            4800 Nationsbank Plaza
            Dallas, TX 75202

TAX ID NO.:  74-2505835

        Please detach and return this portion with your payment

Matthew Monahan
UNUM Provident Companies
211 Congress                          Invoice No.: 81915
Portland, ME 04122                    Date       : 10/09/00
                                      **TOTAL DUE** :   269.90


                                      Job No.    : 01-38310
                                      Case No.   :
                                      Brooks vs. Provident

Remit To: **US Legal Reporting, Inc.**
          P. O. Box 200973
          Houston, TX 77216-0973

# COURT REPORTING
# I N V O I C E

U.S. LEGAL Support- Rio Grande Valley
(956) 425-7600   Fax  (956) 425-7610

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 57866 | 09/18/00 | 06-11133 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 08/24/00 | | B00029 |
| | **CASE CAPTION** | |
| | Brooks vs. Provident | |
| | **TERMS** | |
| | DUE UPON RECEIPT | |

Nancy Olds
The Provident Companies
USLR National Program

|  |  |  |
|---|---|---|
| 0 Pages @ 1.35/Page | | 0.00 |
| Pages @ 0.10/Page | | 51.10 |
| 511 Pages @ | | 50.00 |
| | | 393.36 |
| | | 155.00 |

DEPOSITION OF:
Jan Behm                    EXHIBITS
                           Overtime Prep. Fee
                           Custodian Fee
                           CIVIL Process Service

T O T A L  D U E  >>>>        649.46

ADJUSTER: Ms. Nancy Olds           CLAIM# C.A. 984345
LOCATION OF DEPO: Brownsville, TX
Thank you for using US Legal Support, Inc.
We appreciate your business!!
Please call us @ 713-653-7100, ext. 117, if you have
any questions.
ORDERED BY: Andrew Whitaker
           Figari Davenport & Graves
           3800 Nations Bank Plaza-901 Main Street
           Dallas, TX 75202

TAX ID NO.:  74-2505835

Please detach and return this portion with your payment

---

Nancy Olds
The Provident Companies
USLR National Program

Invoice No : 57866
Date       : 09/18/00
**TOTAL DUE** :   649.46

Job No.  : 06-11133
Case No. : B00029
Brooks vs. Provident

Remit To: U.S. LEGAL Support- Rio Grande Valley
          P.O. Box 201572

CSitPDF - www.tevio.com

# SCHEDULE OF FEES FOR WITNESSES

Witness Fees Pursuant to 28 U.S.C. § 1821(b)  . . . . . . . . . . . . . . . . . . . . . .  $440.00
(see attached list)

    TOTAL  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  $440.00

# WITNESS FEES PURSUANT TO 28 U.S.C. § 1821(b)*

| | |
|---|---:|
| Custodian of Records of Minnesota Mutual Life Insurance Company (Medical Records) | 40.00 |
| Custodian of Records of Berkshire Life Insurance Company (Medical Records) | 40.00 |
| Custodian of Records of New Era Life Insurance Company (Medical Records) | 40.00 |
| Custodian of Records of John Williams (Financial Records) | 40.00 |
| Custodian of Records of David K. Drefke (Financial Records) | 40.00 |
| Custodian of Records of Texas Back Institute (Medical Records) | 40.00 |
| Custodian of Records of San Antonio South Medical Center (Medical Records) | 40.00 |
| Custodian of Records of First Rio Valley Medical (Medical Records) | 40.00 |
| Custodian of Records of Madhavan Pisharodi (Medical Records) | 40.00 |
| Custodian of Records of Valley Pain Center (Medical Records) | 40.00 |
| Custodian of Records of Valley Regional Medical Center (Medical Records) | 40.00 |
| TOTAL | 440.00 |

*See attached invoices

Figari Davenport & Graves, L.L.P.
4800 Bank of America Plaza
901 Main Street, LB125
Dallas, TX 75202-3796
(214) 939-2000

 BANK OF AMERICA
Dallas, Texas

CHECK # 049029

| DATE |
|---|
| 07-24-00 |
| **AMOUNT** |
| $40.00 |

\*\*\*Forty and 00/100 Dollars\*\*\*

Figari Davenport & Graves, L.L.P.

PAY
TO THE
ORDER OF   Custodian of Records, Minnesota Mutual Life Insurance Co.

COUNTER SIGNATURE REQUIRED IF OVER $10,000

⑈049029⑈ ⑈111000025⑈ 000180231282⑈            ⑈00000040

**Figari Davenport & Graves, L.L.P**
4800 Bank of America Plaza
901 Main Street, LB125
Dallas, TX 75202-3796
(214) 939-2000

BANK OF AMERICA
Dallas, Texas

CHECK # 049028

| DATE |
|---|
| 07-24-00 |
| AMOUNT |
| $40.00 |

***Forty and 00/100 Dollars***

Figari Davenport & Graves, L.L.P.

PAY
TO THE
ORDER OF   Custodian of Records, Berkshire Life Insurance Company

COUNTER SIGNATURE REQUIRED IF OVER $10,000

⑆049028⑆ ⑆111000025⑆ 000180231282⑆        ⑈00000040

⑆049028⑆ ⑆111000025⑆   000180231282⑆        ⑈00000040

10-0003-8
= 6585 POCKET = 14
/00 C1 S001   PMP
14549461
            FIRST MASS   >211370545
  0110-0001-5
  0701694         64  0010023182
  0701694

BANK OF AMERICA
111000025  E0304 02 REJ
08/31/00

**Figari Davenport & Graves, L.L.P.**
4800 Bank of America Plaza
901 Main Street, LB125
Dallas, TX 75202-3796
(214) 939-2000

**BANK OF AMERICA**
Dallas, Texas

CHECK # 049030

| DATE |
| --- |
| 07-24-00 |
| **AMOUNT** |
| $40.00 |

'**Forty and 00/100 Dollars***

Figari Davenport & Graves, L.L.P.

PAY
TO THE
ORDER OF     Custodian of Records, New Era Life Insuance Company

COUNTER SIGNATURE REQUIRED IF OVER $10,000

⑆049030⑆ ⑆111000025⑆ 000180231282⑈     ⑆000000400

FOR DEPOSIT ONLY
NEW ERA LIFE INSURANCE CO.
CHASE BANK ACCT. #58902118891

CHASE MANHATTAN BANK
1-800-523-9498 08/11/00
▶111001150◀ 2307 12

4100149468

**Figari Davenport & Graves, L.L.P.**
4800 Bank of America Plaza
901 Main Street, LB125
Dallas, TX 75202-3796
(214) 939-2000

BANK OF AMERICA
Dallas, Texas

CHECK # 049022

| DATE |
| --- |
| 07-24-00 |
| AMOUNT |
| $40.00 |

***Forty and 00/100 Dollars***

Figari Davenport & Graves, L.L.P.

PAY
TO THE
ORDER OF

Custodian of Records, John Williams, PC. CPA

COUNTER SIGNATURE REQUIRED IF OVER $10,000

⑈049022⑈ ⑆111000025⑉ 000180231282⑈ ⑈00000040⑈

BANK OF AMERICA,NA SAN
113000023  E5611 01 P01
09/06/00

**Figari Davenport & Graves, L.L.P.**
4800 Bank of America Plaza
901 Main Street, LB125
Dallas, TX 75202-3796
(214) 939-2000

**BI** BANK OF AMERICA
Dallas, Texas

CHECK # **049021**

| DATE |
|---|
| 07-24-00 |
| **AMOUNT** |
| $40.00 |

***Forty and 00/100 Dollars***

Figari Davenport & Graves, L.L.P.

PAY
TO THE
ORDER OF

Custodian of Records, David K. Drefke, P.C.

COUNTER SIGNATURE REQUIRED IF OVER $10,000

⑈049021⑈ ⑆111000025⑆ 000180231282⑈       ⑈0000004

083100 020003004636
02

01 0004602269, 083100020003004636

⑇12000
14000093

303748589

BANK OF AMERICA, NA SAN
113000023  E5433 01 P01
09/01/00

4730170511

Figari Davenport & Graves, L.L.P.
4800 Bank of America Plaza
901 Main Street, LB125
Dallas, TX  75202-3796
(214) 939-2000

**BANK OF AMERICA**
Dallas, Texas

CHECK # 049018

| DATE |
| --- |
| 07-21-00 |
| **AMOUNT** |
| $40.00 |

**Forty and 00/100 Dollars***

Figari Davenport & Graves, L.L.P.

PAY
TO THE
ORDER OF

Custodian of Records of Texas Bank Institute

COUNTER SIGNATURE REQUIRED IF OVER $10,000

⑈049018⑈  ⑆111000025⑆  000180231282⑈          ⑈000000400⑆

PAY TO THE ORDER OF
SECURITY BANK, N.A.
GARLAND, TX 75044
111915696
FOR DEPOSIT ONLY
THE AMTRAS CORPORATION
129824

10-0003-8
Y = 9206 POCKET = 11          BANK OF AMERICA,NA DAL
1/00 C9 S043    PHP            111000025   E2389 01 P01
                                          08/01/00

14494595      8530876816

**Figari Davenport & Graves, L.L.P.**
4800 Bank of America Plaza
901 Main Street, LB125
Dallas, TX 75202-3796
(214) 939-2000

BANK OF AMERICA
Dallas, Texas

CHECK # 049019

| DATE |
|---|
| 07-21-00 |
| **AMOUNT** |
| $40.00 |

Forty and 00/100 Dollars***

Figari Davenport & Graves, L.L.P.

THE
OF

Custodian of Records, San Antonio South Medical Center

COUNTER SIGNATURE REQUIRED IF OVER $10,000

⑈049019⑈ ⑈111000025⑈ 000180231282⑈ ⑈0000004000⑈

BANK OF AMERICA,NA SAN
▶1130000234 E7644 01 P01
06/17/00

4730767395

4800 Bank of America Plaza
901 Main Street, LB125
Dallas, TX 75202-3796
(214) 939-2000

**BANK OF AMERICA**
Dallas, Texas

049006

| DATE |
|------|
| 07-19-00 |
| **AMOUNT** |
| $40.00 |

Forty and 00/100 Dollars***

Figari Davenport & Graves, L.L.P.

Custodian of Records, 1st Rio Valley Medical, P.A.

= OF

COUNTER SIGNATURE REQUIRED IF OVER $10,000

⑈049006⑈  ⑆111000025⑆  0001802312 82⑈      ⑈0000004000⑈

1804001206
0059 02

PAY TO THE ORDER OF
FIRST NATIONAL BANK
BROWNSVILLE, TX 78520
D 114974 15
FOR DEPOSIT ONLY
FIRST RIO VALLEY MEDICAL, P.A.
0080003559

BANK OF AMERICA, NA DAL
111000025  E4660 01 P01
08/11/00

9130633091

Figari Davenport & Graves, L.L.P.
4800 Bank of America Plaza
901 Main Street, LB125
Dallas, TX 75202-3796
(214) 939-2000

**BANK OF AMERICA**
Dallas, Texas

CHECK # 049008

| DATE |
|---|
| 07-19-00 |
| **AMOUNT** |
| $40.00 |

orty and 00/100 Dollars***

Figari Davenport & Graves, L.L.P.

Custodian of Records, Madhavan Pisharodi, M.D., P.A.

OF

COUNTER SIGNATURE REQUIRED IF OVER $10,000

⑈049008⑈ ⑆111000025⑆ 000 180 23 128 2⑈ ⑈0000004000⑈

BANK OF AMERICA,NA DAL
111000025  E1640 01 P01
09/07/00

WFB  DALLAS,TX  09062000
TRACER# 5389       023
▶1021-0071-4◀

9330247941   0363867490

PAY TO THE ORDER
OF WELLS FARGO BANK
BROWNSVILLE, TEXAS
FOR DEPOSIT ONLY
MADHAVAN PISHARODI, M.D.
2984015967

0126 25749

CHECK # 049009

**Figari Davenport & Graves, L.L.P.**
4800 Bank of America Plaza
901 Main Street, LB125
Dallas, TX 75202-3796
(214) 939-2000

**BANK OF AMERICA**
Dallas, Texas

| DATE |
|---|
| 07-19-00 |
| **AMOUNT** |
| $40.00 |

Forty and 00/100 Dollars***

Figari Davenport & Graves, L.L.P.

Custodian of Records, Valley Pain Center

HE
= OF

COUNTER SIGNATURE REQUIRED IF OVER $10,000

⑈049009⑈ ⑆111000025⑆ 000180231282⑈          ⑈0000004000⑈

BANK OF AMERICA,NA DAL    WFB  DALLAS,TX  07/25/00
111000025  E1367 01 001    TRACER# 5010          023
            07/26/00    ►1021-0071-44

8130441344 5607696004

FOR DEPOSIT ONLY
ACCT # 28018553

**Figari Davenport & Graves, L.L.P.**
4800 Bank of America Plaza
901 Main Street, LB125
Dallas, TX 75202-3796
(214) 939-2000

**BANK OF AMERICA**
Dallas, Texas

CHECK # 049010

| DATE |
|---|
| 07-19-00 |
| **AMOUNT** |
| $40.00 |

·orty and 00/100 Dollars***

Figari Davenport & Graves, L.L.P.

Custodian of Records, Valley Regional Medical Center

OF

*81-955*

COUNTER SIGNATURE REQUIRED IF OVER $10,000

⑈049010⑈ ⑆111000025⑆ 00018023128 2⑈ ⑈0000004000⑈

CHASE MANHATTAN BANK
1-800-523-9498 08/22/00
▶111001159◀ 4324 11
6200776622

BANK OF AMERICA,NA SAN
113000023  E7948 01 P01
08/23/00
4930060940

FOR DEPOSIT ONLY
VALLEY REGIONAL MEDICAL CENTER
HEALTHTRUST INC.
NO. 026609 4

# SCHEDULE OF FEES FOR EXEMPLIFICATION AND COPIES OF PAPER NECESSARILY OBTAINED FOR USE IN THE CASE

## PLEADINGS

Documents filed with Federal Court and served on counsel of record (see attached list):

      3 copies of 12 documents numbering
      90 pages for a total of 270 pages
      at $.15 per page for a sum of . . . . . . . . . . . . . . . . . . . . . . $40.50

Documents only served on counsel of record (see attached list):

      1 copy of 19 documents numbering
      322 pages at $.15 per page for a
      sum of . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 48.30

Documents filed with federal court jointly (see attached list):

      1 copy of 2 documents numbering
      16 pages at $.15 per page for a
      sum of . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 2.40

           Costs of Pleadings . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $91.20

**TOTAL** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $91.20

# DOCUMENTS FILED WITH FEDERAL COURT AND SERVED ON COUNSEL OF RECORD

| PLEADING | PAGES |
|---|---|
| Defendant's Motion to Extend Time to Answer Plaintiff's Original Complaint | 3 |
| Defendant's Motion to Dismiss Certain Claims and Brief in Support | 10 |
| Defendants' Original Answer (refiled as Amended Original Answer) | 9 |
| Defendants' Disclosure of Interested Parties (refiled as Amended Disclosure of Interested Parties) | 2 |
| Defendants' Amended Answer | 9 |
| Defendants' Amended Motion to Dismiss Certain Claims and Brief in Support | 10 |
| Defendants' Amended Disclosure of Interested Parties | 2 |
| Defendants' Motion to Appear at Initial Pretrial Conference by Telephone | 5 |
| Defendants' Reply to Plaintiff's Response to Defendants' Amended Motion to Dismiss Certain Claims | 10 |
| Defendants' Response to Plaintiff's Motion for Leave to File Amended Complaint | 7 |
| Defendants' Brief Regarding Plaintiff's Continued Performance of Surgeries | 21 |
| Appendix in Support of Defendants' Brief Regarding Plaintiff's Continued Performance of Surgeries | 2 |
| **TOTAL NO. OF DOCUMENTS** | **TOTAL NO. OF PAGES** |
| 12 | 90 |

CSMPDF – www.fastio.com

**DOCUMENTS FILED WITH FEDERAL COURT JOINTLY**

| PLEADING | PAGES |
|---|---|
| Joint Discovery/Case Management Plan Under Rule 26(f) of the Federal Rules of Civil Procedure | 13 |
| Stipulation Regarding Depositions | 3 |
| **TOTAL NO. OF DOCUMENTS** | **TOTAL NO. OF PAGES** |
| 2 | 16 |

## DOCUMENTS ONLY SERVED ON COUNSEL OF RECORD

| PLEADING | PAGES |
|---|---|
| Defendants' First Set of Interrogatories and Requests for Production to Plaintiff | 37 |
| Defendants' Privilege Log | 3 |
| Defendants' Initial Disclosures | 12 |
| Notice of Deposition on Written Questions of the Custodian of Records of Brownsville Medical Center | 16 |
| Notice of Deposition on Written Questions of the Custodian of Records of First Rio Valley Medical, P.A. | 16 |
| Notice of Deposition on Written Questions of the Custodian of Records of Madhavan Pisharodi, M.D., P.A. | 16 |
| Notice of Deposition on Written Questions of the Custodian of Records of Valley Pain Center | 16 |
| Notice of Deposition on Written Questions of the Custodian of Records of Valley Regional Medical Center | 16 |
| Notice of Deposition on Written Questions of the Custodian of Records of San Antonio South Medical Center | 16 |
| Notice of Deposition on Written Questions of the Custodian of Records of Texas Back Institute | 17 |
| Notice of Deposition on Written Questions of the Custodian of Records of David K. Drefke, P.C. | 18 |
| Notice of Deposition on Written Questions of the Custodian of Records of John Williams, PC, CPA | 18 |
| Notice of Deposition on Written Questions of the Custodian of Records of Zamora & Terrones, CPAs | 18 |
| Notice of Deposition on Written Questions of the Custodian of Records of Berkshire Life Insurance Company | 20 |
| Notice of Deposition on Written Questions of the Custodian of Records of Minnesota Mutual Life Insurance Company | 20 |

| PLEADING | PAGES |
|---|---|
| Notice of Deposition on Written Questions of the Custodian of Records of New Era Life Insurance Company | 19 |
| Copies of Subpoenas to the Custodian of Records of: Minnesota Mutual Life Insurance Company; B erkshire Life Insurance Company; New Era Life Insurance Company | 14 |
| Notice to Take Deposition of Karen Brooks | 20 |
| Copies of Subpoenas to the Custodian of Records of: Brownsville Medical Center | 10 |
| **TOTAL NO. OF DOCUMENTS** | **TOTAL NO. OF PAGES** |
| 19 | 322 |