Case 1:00-cv-00029   Document 30   Filed in TXSD on 03/26/2001   Page 1 of 2

30

```
                                                              United States District Court
                                                               Southern District of Texas
                                                                      ENTERED
       IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF TEXAS                        MAR 2 6 2001
                BROWNSVILLE DIVISION
                                                              Michael N. Milby, Clerk of Court
                                                              By Deputy Clerk
```

| | |
|---|---|
| **KAREN BROOKS,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. B-00-29 |
| § | |
| **UNUMPROVIDENT CORP.** § | |
| and **UNUM LIFE INS. CO. OF AMERICA** § | |
| § | |
| Defendants. § | |

## ORDER

BE IT REMEMBERED that on March 19, 2001, the Court considered Defendants' Motion to Alter or Amend Judgment and Supporting Brief [Dkt. No. 29]. For the following reasons, the Court **GRANTS** the motion.

The Court previously dismissed Plaintiff's RICO claim with prejudice and dismissed this action without prejudice [Dkt. No. 28]. The Defendants now request the Court to tax costs against the Plaintiff.

Federal Rule of Civil Procedure 54(d)(1) states that fees shall be allowed as of course to the prevailing party unless the court otherwise directs. The Fifth Circuit recognizes a strong presumption in favor of awarding costs to the prevailing party. See Sheets v. Yamaha Motors Corp., U.S.A., 891 F.2d 533, 539 (5th Cir.1990). A district court may exercise its discretion to refuse to award costs to the prevailing party, but if it does so, it must provide justification for its actions. See Yamaha, 891 F.2d at 539.

The Defendants have produced receipts for fees for service of subpoenas, for court reporters, for witnesses, and for copies [Dkt. No. 28, Exh. A] which support their request. Moreover, the Plaintiff has not filed an opposition to this motion. Since the Court does not find any reason to deny the Defendants an award of costs, in its discretion the Court **GRANTS** Defendants' Motion to Alter or Amend Judgment and

1

Supporting Brief [Dkt. No. 29]. In so doing, the Court:

1) **AMENDS** the Judgment in this action to tax costs incurred by the Defendants against the Plaintiff;

2) **ORDERS** the Plaintiff to remit sums to the Defendants in the amounts outlined in section B of their motion; and

3) **ORDERS** the Clerk to enter the Bill of Costs attached as Exhibit A to their motion.

DONE at Brownsville, Texas, this 26th day of March 2001.

*[signature: Hilda Tagle]*

Hilda G. Tagle
United States District Judge