32

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 2 6 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| KAREN BROOKS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-00-29 |
| | § | |
| UNUMPROVIDENT CORP. | § | |
| and UNUM LIFE INS. CO. OF AMERICA | § | |
| | § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED that on April 25, 2001, the Court **VACATED** its March 26, 2001 Order [Dkt. No. 30] granting the Defendants' Motion to Alter or Amend Judgment [Dkt. No. 29] since final judgment was not entered in this matter at that time.

The Court also hereby **DECLARES** as **MOOT** the Plaintiff's Motion for Appearance of Attorney Mark A. DiCarlo and Motion for Rehearing and/or Motion for Extension of Time for Plaintiff to File Motion to Alter or Amend Judgment and/or Plaintiff's Request That She Be Given an Extension of Time to Respond to "Defendant's Motion to Alter or Amend Judgment and Supporting Brief" and/or Plaintiff's Motion that Attorney Michael Cowen Pay Costs Assessed [Dkt. No. 31].

DONE at Brownsville, Texas, this 25th day of April 2001.

_____
Hilda G. Tagle
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 2 6 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| KAREN BROOKS, | § | |
| --- | --- | --- |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-00-29 |
| | § | |
| UNUMPROVIDENT CORP. | § | |
| and UNUM LIFE INS. CO. OF AMERICA | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

BE IT REMEMBERED that on April 25, 2001, the Court entered **FINAL JUDGMENT** in this matter.

1) In the October 2, 2000 hearing, the Court dismissed with prejudice the Plaintiff's RICO claims and dismissed without prejudice the Plaintiff's remaining claims. The Court memorialized the aforementioned rulings in an Order dated October 3, 2000 [Dkt. No. 28]. Therefore, pursuant to the oral rulings and written Order memorializing the same [Dkt. No. 28], the Court hereby dismisses this action and enters final judgment. Fed. R. Civ. P. 58.

2) Costs incurred by the Defendants are taxed against the Plaintiff in the amounts itemized in the Defendants' Bill of Costs [Dkt. No. 29, Exh. A]. Fed. R. Civ. P. 54(d)(1).

DONE at Brownsville, Texas, this 25th day of April 2001.

_____
Hilda G. Tagle
United States District Judge